UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY LEWIS,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

        Defendant.

Case No. 20-cv-00323-JST

**ORDER OF DISMISSAL**

On January 15, 2020, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. ECF No. 1. On August 20, 2020, the Court dismissed the complaint with leave to amend because *inter alia* it failed to name a proper defendant. ECF No. 12. On September 21, 2020, the Court dismissed the amended complaint with leave to amend because, among other things, it again failed to name a proper defendant. ECF No. 14. Plaintiff was instructed to file a second amended complaint by October 20, 2020, and informed that the failure to do so would result in the dismissal of this action without further notice. *Id.* The deadline to file a second amended complaint has passed, and Plaintiff has not filed a second amended complaint and has not communicated with the Court since September 4, 2020, *see* ECF No. 13. Accordingly, this action is DISMISSED without prejudice. Any request to reopen the case must be accompanied by a proposed second amended complaint. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 30, 2020



JON S. TIGAR
United States District Judge